MOVANT, ALFORD JAY WINKFIELD

FILED A WRIT OF HABEAS CORPUS (WHC)(2)

ON OR ABOUT MARCH 27, 2015 ON THESE

STATUTE OF LIMITATION MATTERS

SAID APPLICATION WAS FILED IN

THE 18TH DISTRICT COURT OF JOHNSON COUNTY

CLEBURNE TEXAS, IN TRIAL CAUSE NO: F-43573.

RECEIVED

MAY - 4 2015

COURT OF APPEALS
WACO, TEXAS

(cover-page)

District Clerk,
David R. Lloyd
Guinn Justice Center
204 S. Buffalo Ave. Ste. 206
P.O. Box 495
Cleburn, Texas 76033-0495
(817) 556-0495

Re: Request for file-mark, Movant's Pro-se Motion for Judicial Notice.

Cause Number: F-43573

Style: Alford J. Winkfield vs State of Texas

Court: 18th District Court of Johnson County, Texas
Honorable John E. Neill Presiding

Dear Mr. Lloyd / Clerk,

Please find enclosed for filing Movant's Pro-Se Motion for Judicial Notice w/proposed order & Bench Warrant attachment.

Movant Winkfield, is requesting for said Motion to be filed with the 18th District Court of Johnson County, Texas for the Honorable Judge: John E. Neill, considerations of Movant's pleadings therein.

Sincerely,

*Alford J. Winkfield* /Pro-Se
Alford J. Winkfield, #1664170
Wynne Unit
810 FM 2821
Huntsville, Texas
77349

Thank-You, in advance for your time and assistance with this matter.

I.

(LET. TO CLK. REQUEST FOR FILE MARK)

CAUSE NO. F-43573

| | | |
|---|---|---|
| ALFORD J. WINKFIELD, | § | IN THE 18TH DISTRICT COURT |
| VS. | § | OF JOHNSON, COUNTY |
| THE STATE OF TEXAS, | § | TEXAS |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alford J. Winkfield, T.D.C.J No. 1664170 Movant Pro-Se, here-an-after, to present:

## MOTION FOR JUDICIAL NOTICE

"...and moves this Honorable Court to take judicial notice of certain adjudicative facts; and in support thereof would show the Honorable Court as follows:

### I. STATEMENT OF THE CASE

Briefly,

The State of Texas vs. Alford J. Winkfield, in the above aforementioned cause of said Court, for the CHARGE: Agg. Sexual Assault of a Child, the defendant PLEAD: Guilty & True to two enhancement paragraphs, VERDICT: Guilty, SENTENCE: "LIFE", T.D.C.J - ID.

### II. PROCEDURAL HISTORY

Additional post-conviction proceedings as follows:

APPEAL: Winkfield vs. State  CAUSE NO. 10-10-00394-CR COURT: 10TH District Court of Appeals JUDGEMENT: "Affirmed", the trial courts Judgement & Sentence, In an unpublished opinion, September 28, 2011.

DATE: February 1, 2012  FILE-MARK DOCUMENT: Petition for Discretionary Review (PDR) COURT: Court of Criminal Appeals of Texas  CAUSE NO. PD-1590-11
JUDGEMENT BY COURT: "Refused"

DATE: April 18, 2013  FILE-MARK DOCUMENT: Writ of Habeas Corpus, w/supporting memorandum of law, as said writ was filed w/COURT: 18th District Court of Johnson County, Texas, FORWARDED TO: Court of Criminal Appeals of Texas, WHC (1)
Ex Parte Winkfield, WR-79,807-01 (State Habeas, Rec. "S.H.Tr." 199-210)
FILED: April 18,2013

On September 4, 2013 Petitioner Winkfield, sent a "Formal Letter", to the U.S. District Court,for the Northern District of Texas-- Dallas Division, Requesting permission to file an untimely Federal Petition §2254 (Doc. 3. at 1) said Court allowed Petitioner (30) days to file an amended Federal Petition. (Doc.4)

On October 6, 2013, Petitioner Winkfield, mailed his amended Petition on the appropriate form w/request for file-mark.

ORIGINAL                                    -1-                                    COPY

## II. PROCEDURAL HISTORY Cont.

United States District Court-- Office of the Clerk, issued Cause No.
3:13-CV-3651-L (BH) Style: Alford J. Winkfield,  vs. William Stephens, Director/
                        Petitioner                Respondent, T.D.C.J - ID

On November 12, 2013 U.S. District Court for the Northern District of Texas--
Dallas Division, "dismissed" §2254 Petition w/prejudice, adopting the Magistrate's
Findings, Conclusions, and Recommendations of October 17, 2013.
No. 3:13-CV-3651-L (BH)              "              vs.              "

## III. TEX. R. EVID. 201

Tex. R. Evid. Rule 201 provides that a trial court may take judicial notice
of adjudicative facts. The Rule further provides that judicial notice is mandatory
when requested by a party and when the trial court is supplied with the necessary
information.

## IV. JUDICIAL NOTICE REQUESTED

In this case, the Movant Winkfield' T.D.C.J No. 1664170 request herein that
the Honorable Courts take judicial notice that judicial notice is requested, for
the following adjudicative facts:

(1). Defendant Winkfield's charges from 2000, s/be
Tex. Penal Code 22.021(a)(2)(B). He was/is charged
under 2007 Codes. Whereas, the alleged crime occurr-
ed in 2000. The statue of limitations for Tex. Penal
Code 22.021(a)(2)(B) is three (3) years. Ref. Texas
Code of Criminal Procedure, Art. 12.01

Under the Ex-Post Facto law, they the Courts should
have went back to law in 2000 that was in effect at
the time of the offense.

(2). The date the complaint was signed by the all-
eged victim, the courts had (90) days to indict. If
the complaint was signed in or after 2007 it is sub-
ject to Ex-Post Facto law. Because, the law changed
in 2007.

(3). In the instant case, signed in 2009, it is the
subject of the Ex-Post Facto law, which means the 2000
law is not the same law created in 2007.

All offenses in 2000 such as 22.021(a)(2)(B) state a
3-year statue of limitations.

### IV. JUDICIAL NOTICE REQUESTED
### Cont.

(4). In 2000 Texas Penal Code was cited as 22.011(a) (2)(C), a second degree felony. See: (F) of the Penal Code 22.011(A)(1)(f) sets forth how the courts elevated said offense to a first degree felony.

### V. SUBMISSION TO COURT

Movant Winkfield' submits he has supplied the Court's with the necessary information for the taking of Judicial Notice. Singleton v. State, 91 S.W. 3d 342 (2002)

Movant is requesting, an opportunity to be heard. Tex. R. Evid, 201 (e) as he is requesting a "Live Evidentiary Hearing", be afforded to resolve the issue-- of his current sentence, s/be void and illegal. Further, requesting that he may be bench warranted from his current place of confinement and appointed counsel for the aforementioned reasons.

### PRAYER

WHEREFORE, PREMISES, CONSIDERED, winkfield Movant Pro-Se, prays that this Motion be granted, and the Honorable Court take judicial notice of the adjudicative facts as requested-- and the Honorable Court to consider remidial measures sua-sponte, on it's own accord to correct Movant's unlawfull confinement.

As, an alternative consider Applicant to draft and submit, a (State) Writ of Habeas Corpus subsequent writ WHC (2).

DATED ON THIS THE _30_ DAY OF April, 2015

                                                                   _Pro-Se_

MOVANT, Winkfield' further submits, for the Hon. John E. Neill presiding Judge's review and considerations, that this Court has the authority to correct-- said sentence and to issue any order's and or directives to the asst. dist. atty. listed herein, to bench warrant-- whereas supporting authority is cited as follows: Trial Counsel' failure to inform the defendant that the said charges were barred by statue of limitations, rendered the Guilty plea involuntary.

U.S. V. Hansel. 70 F.3d 6 (2nd. Cir. 1995)

Alford J. Winkfield, #1664170
Wynne Unit
810 F.M. 2821
Huntsville, Texas
                77349

PLEAD GUILTY: Sept. 14, 2010   (Open Plea of Guilty / Judge)
INDICTED ON: April 8, 2009
CRIME COMMITTED: On or about Feb. 1, 2000
TRIAL BEGAN ON; Sept. 15, 2010

ORIGINAL                           -3-                           COPY

CAUSE NO. F-43573

| | | |
|---|---|---|
| ALFORD J. WINKFIELD, | § | IN THE 18TH DISTRICT COURT |
| VS. | § | OF JOHNSON, COUNTY |
| THE STATE OF TEXAS, | § | TEXAS |

## ORDER

On the ___day of_____2015. Came before the Court Movant Winkfield' Request for Judicial Notice, Whereas, it is after review of Movant's pleadings therein, Oppossing argument from the State, If any ?

The Court is of the opinion, that Judicial Notice is hereby:

GRANTED      and/or      DENIED

BY AND FOR IN THE INTEREST OF JUSTICE.

_____
Presiding Judge:
18th District Court
Johnson county, Texas

Additional directives are listed as follows:

[ BENCH WARRANT ]

TO:  THE WARDEN OF WYNNE UNIT,  810 F.M. 2821,
HUNTSVILLE, TEXAS  77349

## BENCH WARRANT

STATE OF TEXAS
COUNTY OF JOHNSON

ALFORD J. WINKFIELD, B/M 5'11½" DOB:_____T.D.C.J 1664170
SID#_____, a prisoner said to be in your official custody,
has a mandate hearing set in the 18th District Court of Johnson,
County Texas, on _____, 2015, at _____ a.m.

You are therefore requested and directed to deliver to the
bearer hereof,_____BOB L. ALFORD_____Sheriff of Johnson, County, Texas,
or any of his deputies, the custody of the said ALFORD J. WINKFIELD,
for the purposes and reasons above stated, in order that he may
stand trial for said offense.

WITNESS MY HAND at Johnson County, Texas this_____day of
_____,2015


_____
Martin M. Strahan
Asst. Dist. Atty. / Attorney for State



_____
                    JUDGE PRESIDING


ATTEST:

David R. LLOYD
District Clerk
Johnson County, Texas

By: _____
    Deputy


ORIGINAL                    -5-                    COPY

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

State Law, V.T.C.A. Civ. Prac. & Rem. Code §132.001 - 132.003 / Federal Law §1746

I, <u>Alford J. Winkfield</u>, T.D.C.J No. <u>1664170</u> certify that I am currently incarcerated, at the John M. Wynne Unit 810 F.M. 2821 Huntsville, Texas 77349 Texas Department of Criminal Justice Institutional Division, located in <u>Walker</u>, County declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED ON THIS THE <u>30</u> DAY OF <u>April</u>, 2015.     *Alford J. Winkfield* Pro-Se

Alford J. Winkfield, #1664170

Wynne Unit

## CERTIFICATE OF SERVICE

I, Alford J. Winkfield, T.D.C.J No. 1664170 certify that I have sent a "original copy", and "original duplicate", copies of Movant's Pro-Se Motion for Judicial Notice-- via U.S. Mail Postage to the following parties:

District Clerk,                    By and for:
David R. Lloyd
Guinn Justice Center
204 S. Buffalo Ave. Ste: 206
P.O. Box 495
Cleburn, TX
              76033-0495
(817) 556-6841

Movant / Defendant
Alford J. Winkfield, #1664170
Wynne Unit

Tenth Court of Appeals
Clerk, Sharri Roessier
McLennan County Courthouse
501 Washington Ave.
Waco, Texas
              76701-1373
(254) 757-5200

United States District Court
Office of the Clerk,
Northern District of Texas
1100 Commerce - Room 1452
Dallas, Texas
              75242-1495

Honorable: John E. Neill
Presiding Judge
18th District Court
of Johnson, County Texas
Guinn Justice Center

*   Asst. Dist. Atty.
    Martin M. Strahan
    SBOT NO. 00797765
    204 S. Buffalo, Ste. 209
    Cleburn, Texas
                  76033
    (817) 556-6802

*   **FILE MARK SERVICE REQUESTED
    BY DIST. CLK. Lloyd'**

    Abel Acosta, Clerk
    Court of Criminal Appeals
    P.O. Box 12308
    Capitol Station
    Austin, Texas
                  78711

DATED ON THIS THE 30 DAY OF April, 2015
C. Dist. Clk, Lloyd' / 18th Dist. Ct.
C. Asst. Dist. Atty. Strahan' * Service requested
    file mark copy by Lloyd'
C. Clk. Acosta' (CCCA)
C. Clk. Roessier (COA) 10th Dist.
C. Movant / Defendant Winkfield'
[Enclosures as Stated]

_____ Pro-Se
Alford J. Winkfield, #1664170
Wynne Unit
810 F.M. 2821
Huntsville, Texas  77349

ORIGINAL                    -7-                    COPY

Mr. Alford J. Winkfield # 1664170
810 FM 2821 Wynne Unit
Huntsville, Texas 77349-0001

7670113731S

NORTH TEXAS TX 750

30 APR 2015 PM 5 L

MAYA
ANGELOU

"A bird doesn't sing
because it has an
answer, it sings because
it has a song."

forever.usa

Tenth Court of Appeals,
Clerk, Sharri Roessler
Mc Lennon County Courthouse
501 Washington Avenue
Waco, Texas 76701-1373

RECEIVED
MAY - 4 2015
COURT OF APPEALS
WACO, TEXAS